**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL K. RILEY,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 07-00675-KD-B |
| **OFFICER MOORER,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 20, 2010, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this the **11th** day of **June 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**